IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CARLO GIUSEPPE CIVELLI and ASTER CAPITAL S.A. (LTD) PANAMA, | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | 2:21-mc-00163-JCN |
| J.P. MORGAN CHASE SECURITIES, LLC, JPMORGAN CHASE BANK, N.A., and PHILIPPE EMANUEL MULACEK *et al.*, | § § § § § | |
| *Defendants*. | § § | |

## DECLARATION OF BRONWYN M. JAMES

Pursuant to 28 U.S.C. § 1746, I, Bronwyn M. James, hereby declare:

1.      I am an attorney associated with the law firm of Berg & Androphy, counsel to Defendants/Counterclaim-Plaintiffs Philippe Emanuel Mulacek, Pierre Mulacek, Michelle Mulacek Vinson, Mauricette Mulacek and Ronald Mulacek (the "Mulacek Defendants") in the underlying action, *Civelli v. JPMorgan Chase Bank N.A.*, *et al*, No. 4:17-cv-037379 (S.D. Texas Dec. 11, 2017) (the "Underlying Action"). I submit this declaration in support of the Mulacek Defendants' amended motion to compel compliance with subpoena (the "Subpoena"), or, in the alternative, authorize service of Subpoena on non-party witness William Danton ("Danton"), a resident of Maine, by alternative means.

## Case Background and Discovery Schedule

2.      A true and correct copy of Plaintiffs' First Amended Complaint in the Underlying Action, Dkt. No. 38, is attached hereto as Exhibit A.

3.      A true and correct copy of the Mulacek Defendants' Answer and Counterclaim in the Underlying Action, Dkt. No. 85, is attached hereto as Exhibit B.

4.      A true and correct copy of each of the Affidavits of Philippe Emanuel Mulacek sworn to on June 1, 2018 and April 27, 2018, Dkt. Nos. 271-2 and 271-3, are together attached hereto as Exhibit C.

5.      A true and accurate copy of a discovery order, entered in the Underlying Action on April 2, 2021 (Dkt. No. 477) is attached hereto as Exhibit D.

6.      A true and accurate copy of an order amending deadlines, entered in the Underlying Action on April 20, 2021 (Dkt. No. 484) is attached hereto as Exhibit E.

7.      A true and accurate copy of a January 26, 2016 letter from Defendant Philippe Mulacek to Oil Search Limited is attached hereto as Exhibit F.

**Danton**

8.      A true and accurate copy of an email from Danton to James Dossey dated May 15, 2017, is attached hereto as Exhibit G.

9.      A true and accurate copy of an email from Danton to Plaintiff Carlo Civelli ("Civelli") dated May 17, 2017 is attached hereto as Exhibit H.

10.     On July 25, 2017, Plaintiffs informed Danton in an email that he "would be a witness" in a related proceeding between Defendant Philippe Mulacek and Civelli in Singapore. A true and accurate copy of that email is attached hereto as Exhibit I.

11.     A true and accurate copy of an email from James Dossey to Danton dated May 22, 2018 is attached hereto as Exhibit J.

12.     A true and accurate copy of an email chain dated March 4, 2019, containing an email from Plaintiffs' Counsel to Danton and an email from Danton to James Dossey is attached hereto as Exhibit K.

13.     A true and accurate copy of an email from James Dossey to Danton and Plaintiffs' Counsel dated February 3, 2020 is attached hereto as Exhibit L.

14.     A true and accurate excerpt of the transcript of the deposition of Civelli taken October 14, 2020 (pages 1-5, 174-185) is attached hereto as Exhibit M.

15.     A true and accurate excerpt of the transcript of the deposition of Civelli taken October 23, 2020 (pages 1-13, 170-189) is attached hereto as Exhibit N.

16.     Plaintiffs' Petition for Writ of Mandamus filed in the United States Court of Appeals for the Fifth Circuit on December 18, 2020 is attached hereto as Exhibit O.

17.     A true and accurate copy of an email from Danton to Plaintiffs' Counsel dated October 2, 2020 is attached hereto as Exhibit P.

18.     On January 25, 2021, Mark Songer, an ink expert retained by the Mulacek Defendants, notified counsel for the Mulacek Defendants that Danton had called his company, Robson Forensic, and attempted to hire Mr. Songer to work for Plaintiffs in this case.

**Attempts to Serve Danton and Obtain Plaintiffs' Assistance**

19.     A true and accurate copy of an affidavit of non-service at the Residence dated April 1, 2021 is attached hereto as Exhibit Q.

20.     A true and accurate copy of an affidavit of non-service dated April 3, 2021 is attached hereto as Exhibit R.

21.     A true and accurate copy of two emails sent by Plaintiffs' Counsel dated April 12, 2021 are attached hereto as Exhibit S. A redacted copy of Danton's Maine driver's license which

Plaintiffs' Counsel attached to Exhibit S is attached hereto as Exhibit T. As Plaintiffs' Counsel indicate in Exhibit S, the copy is of poor quality, but shows Danton's address as 218 Temple Ave., Old Orchard Beach, ME 04064.

22. A true and accurate copy of an email dated April 13, 2021 sent by Bridget Callahan of Supreme Judicial Services, the company handling service of the Subpoena, is attached hereto as Exhibit U.

23. A true and accurate copy of two emails I sent to Plaintiffs' Counsel dated April 13 and April 19, 2021 are attached hereto as Exhibit V.

24. A true and accurate copy of an email from Plaintiffs' Counsel to me dated April 19, 2021, is attached hereto as Exhibit W.

25. A true and accurate copy of an email sent by Plaintiffs' Counsel to the Mulacek Defendants' counsel dated April 28, 2021 is attached hereto as Exhibit X.

26. A true and accurate copy of an email dated May 4, 2021 sent to me by Maureen Scarola of Supreme Judicial Services is attached hereto as Exhibit Y.

27. A true and accurate copy of an email I sent to Plaintiffs' Counsel dated May 4, 2021 is attached hereto as Exhibit Z.

28. A true and accurate copy of an email I sent to Danton, copying Plaintiffs' Counsel, dated May 6, 2021, is attached hereto as Exhibit AA. The email was not returned as undelivered.

29. A true and accurate copy of an email from Plaintiffs' Counsel to the Mulacek Defendants' counsel dated May 7, 2021 is attached hereto as Exhibit BB.

30. On April 30, 2021, I called the number Plaintiffs' Counsel provided as Danton's on, received no answer, and was unable to leave a voicemail because the voicemailbox was full.

31.    On May 10, 2021, I sent a copy of the Subpoena via text message to the phone number Plaintiffs' Counsel provided as Danton's. The message was not delivered.

32.    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 3, 2021

_____

Bronwyn M. James